

EUGENE KILLIAN, JR*  
DIMITRI TERESH*  
VIRGINIA A. NAIROOZ*

*MEMBER NJ & NY BAR

# THE KILLIAN FIRM, P. C.
ATTORNEYS AT LAW

November 21, 2022

**VIA ECF:**

William T. Walsh, Clerk of Court  
United States District Court for the District of New Jersey  
Clarkson S. Fisher Building & U.S. Courthouse  
402 East State Street Room 2020  
Trenton, NJ 08608

Re: **Minzter v. Provident Life and Accident Insurance Company**  
Civil Action No.: 3:21-cv-05595 (MAS) (LHG)

Dear Mr. Walsh:

We represent the plaintiff, Ronald M. Minzter, in this insurance coverage case. On November 14, 2022 defendant, Provident Life and Accident Insurance Company, filed a Motion for Summary Judgment to be heard on January 17, 2023.

Pursuant to L.Civ.R.7.1(d)(5), please adjourn the originally noticed motion day from January 17, 2023 to the next available day, February 6, 2023. The originally noticed motion day has not previously been extended or adjourned.

We thank you for your continued courtesy in this matter.

**So Ordered this 22nd day of November, 2022.**

_____  
**Honorable Michael A. Shipp, U.S.D.J.**

Respectfully Submitted,  
**THE KILLIAN FIRM, P.C.**

By: *Virginia A. Nairooz*  
Virginia A. Nairooz

Cc: Louis P. Di Giaimo Esq. (via ECF)

555 ROUTE 1 SOUTH, SUITE 420 ISELIN, NEW JERSEY 08830 TEL: 732-912-2100 FAX: 732-912-2101  
48 WALL STREET, 11TH FLOOR NEW YORK, NEW YORK 10005 TEL: 212-537-3866 FAX: 866-331-7268  
WEBSITE: http://www.tkfpc.com